UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Robert M. Emmerich, | File No. 16-cv-795 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Shelby Richardson, *CEO of Minnesota Sex Offender Program*; Emily Johnson Piper, *Commissioner of DHS*; and Lori Swanson, *Former Attorney General of the State of Minnesota*, | |
| Respondents. | |

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on November 16, 2022. ECF No. 23. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 23] is **ACCEPTED**; and

2. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or, alternatively, due to mootness; and

3. Plaintiff's Motion for Leave to Proceed in Forma Pauperis [ECF No. 2] is **DENIED**; and

4. No certificate of appealability be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 14, 2022            s/ Eric C. Tostrud
                                    Eric C. Tostrud
                                    United States District Court